FILED: April 2, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1331

(1:14-cv-00996-AJT-MSN)

_____

CARLA CALOBRISI

   Plaintiff - Appellant

v.

BOOZ ALLEN HAMILTON, INC.

   Defendant - Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:14-cv-00996-AJT-MSN |
| Date notice of appeal filed in originating court: | 03/30/2015 |
| Appellant | Carla Calobrisi |
| Appellate Case Number | 15-1331 |
| Case Manager | Amy L. Carlheim<br>804-916-2702 |