UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. 15-1331    Caption: Carla Calobrisi v. Booz Allen Hamilton Inc.

Pursuant to FRAP 26.1 and Local Rule 26.1,

Booz Allen Hamilton Inc.
(name of party/amicus)

who is   Appellee-Cross Appellant  , makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☑ YES ☐ NO

2. Does party/amicus have any parent corporations? ☑ YES ☐ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   Booz Allen Hamilton Holding Corporation

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☑ YES ☐ NO
   If yes, identify all such owners:
   55% public stockholders, 45% by Explorer Coinvest LLC

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

Signature: s/ Melissa L. Taylormoore          Date: April 16, 2015

Counsel for: Defendant

## CERTIFICATE OF SERVICE
*************************

I certify that on April 16, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

John R. Ates (VSB #71697)
Ates Law Firm, P.C.
1800 Diagonal Road
Suite 600
Alexandria, VA 22314
703-647-7501 (T)
703-229-6430 (F)
j.ates@ateslaw.com

Counsel for Plaintiff Carla Calobrisi

Linda M. Correia
Amber Trzinski Fox
Correia & Puth, PLLC
1775 K Street, N.W., Suite 600
Washington, D.C. 20006
202-349-1044 (Direct)
202-602-6501 (F)
202-602-6500 (T)
lcorreia@correiaputh.com
afox@correiaputh.com

s/ Melissa L. Taylormoore                April 16, 2015
(signature)                              (date)