UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____
CARLA CALOBRISI                        )
                                       )
   Plaintiff-Appellant/Cross-Appellee, )
                                       )
                                       )
   v.                                  )
                                       ) Case No. 15-1331(L); 15-1399 XAP
BOOZ ALLEN HAMILTON INC.,              )
                                       )
   Defendant-Appellee/Cross-Appellant. )
_____)

**MOTION TO WITHDRAW AS COUNSEL
FOR PLAINTIFF-APPELLANT/CROSS-APPELLEE**

Pursuant to Local Rule of Appellate Procedure 46(c), Amber C. Trzinski, Esq., moves this Court for leave to withdraw from representation of Plaintiff-Appellant/Cross-Appellee Carla Calobrisi.

The grounds for the motion and withdrawal are:

1) Linda M. Correia, Esq., of the law firm of Correia & Puth, PLLC, has previously entered an appearance in this matter and will continue to represent Plaintiff-Appellant/Cross-Appellee Calobrisi.

2) Ms. Calobrisi has had reasonable notice of this withdrawal.

3) Ms. Calobrisi also will receive a copy of this motion.

For the foregoing reasons, Amber C. Trzinski respectfully requests that the Court enter an order allowing Ms. Trzinski to withdraw from further representation

of Plaintiff-Appellant/Cross-Appellee Carla Calobrisi.

Respectfully Submitted,

/s/ *Amber C. Trzinski*
Amber C. Trzinski
Correia & Puth, PLLC
1775 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: (202) 602-6500
Facsimile: (202) 602-6501
afox@correiaputh.com

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 28, 2015, I served the foregoing through the Court's electronic filing system to the following, which will then send a notification of such filing ("NEF") to counsel identified below:

Stephen W. Robinson
Sarah A. Belger
Melissa L. Taylormoore
McGuire Woods LLP
1750 Tysons Blvd., Suite 1800
Tysons Corner, VA 22102
srobinson@mcguirewoods.com
sbelger@mcguirewoods.com
mtaylormoore@mcguirewoods.com

      I FURTHER CERTIFY that a copy of the foregoing motion was sent on May 28, 2015, via email to:

Carla Calobrisi
4970 Battery Lane, Suite 504
Bethesda, MD 20814

Linda M. Correia
Correia & Puth, PLLC
1775 K Street, NW, Suite 600
Washington, D.C. 20006
Telephone: (202) 602-6500
Facsimile: (202) 602-6501
lcorreia@correiaputh.com

      /s/ *Amber C. Trzinski*
      Amber C. Trzinski
      Correia & Puth, PLLC
      1775 K Street, NW, Suite 600
      Washington, D.C. 20006
      Telephone: (202) 602-6500
      afox@correiaputh.com