FILED: May 28, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1331 (L)
(1:14-cv-00996-AJT-MSN)

_____

CARLA CALOBRISI

    Plaintiff - Appellant

v.

BOOZ ALLEN HAMILTON, INC.

    Defendant - Appellee

_____

O R D E R

_____

The court grants the motion by Amber C. Trzinski, Esq., to withdraw from further representation of appellant on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk